UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | No. 2:12-cv-2900 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| DULCE TORRES, | |
| Defendant. | |

Pending before the court is plaintiff's motion for default judgment. Plaintiff alleges that defendant d/b/a El Malecon Bar & Grill intercepted and exhibited plaintiff's proprietary program in defendant's commercial establishment without authorization to do so.

The executed return of summons indicates that defendant was served by substituted address at a residential address located at 946 Irene Street, Stockton, CA 95206. ECF No. 5. A review of the public records data bases available on Westlaw (PEOPLE-ALL, PEOPLEFIND-CA) do not show the address at which plaintiff was served to be a valid address, either currently or historically, for any person named "Dulce Torres" residing in Stockton, California.

The return also states that defendant's "[business address was not known at the time of service." This statement appears not to be made in good faith. Defendant is sued in this action because of conduct undertaken as the proprietor of a business, whose business address is plainly known to counsel as evidenced by the documents submitted in support of the motion for default

1

judgment, including the affidavit of plaintiff's counsel' investigator who states that the business is located at 2518 East Fremont Street, Stockton, CA 95205.  Moreover, the same business entity that performed the service of summons in this action is the same entity which has served defendant in at least three other actions venued in the Eastern District of California.  In those other actions, defendant was served at her business address.  See 2:10-cv-3012 JAM CKD, ECF No. 5; 2:11-cv-2439 JAM AC, ECF No. 6; 2:11-cv-0653 JAM KJN, ECF No. 5.[1]  Under these circumstances, the court cannot find that defendant was properly served with summons in the pending action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's entry of default (ECF No. 7) is vacated.  Plaintiff may request the default be reinstated upon a showing that defendant has been properly served with summons.

2. Plaintiff's motion for default judgment (ECF No. 8) is denied without prejudice.

Dated: July 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-torres.vac

---

[1] The court notes that in the three referenced cases, the motions for default judgment were also served on defendant at her business address, unlike the instant case, in which the motion for default judgment was served at the Irene Street address.